IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. FLOYD *et al.*, *Plaintiffs* | : : : | CIVIL ACTION |
| v. | : : | |
| MERCK & CO., INC., *Defendant* | : : | No. 18-3912 |

### ORDER

AND NOW, this 2nd day of April, 2020, upon consideration of Defendant Merck & Co., Inc.'s Motion for Summary Judgment (Doc. Nos. 29, 31), Plaintiffs' response thereto (Doc. No. 34), Merck's reply (Doc. No. 35), Plaintiffs' sur-reply (Doc. No. 38), oral argument held on January 6, 2020, and the parties' supplemental briefing (Doc. Nos. 43, 44), it is **ORDERED** that the Motion for Summary Judgment (Doc. No. 29) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE